IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER LEWIS JENAN,** | CV F 04-6615  AWI LJO |
| **Plaintiff**, | |
| v. | ORDER VACATING HEARING DATE OF JUNE 6, 2005 |
| **DEBRA BERG; and BERNARD A. TE VELDE,** | |
| **Defendant**s | |

This is an action by plaintiff Roger Lewis Jenan ("Plaintiff") for conversion and reconveyance of deeds of trust.  On April 12, 2005, Plaintiff filed a pleading titled "Motion for Court to Amend Findings by the Court Based on False Information and Misrepresentation Filed by Defendants."  Plaintiff also filed a motion for entry of default on May 27, 2005. Both matters were scheduled for oral argument to be held on June 6, 2005.  The Court has reviewed Defendants' motion.  The court has reviewed both Plaintiff's motions.  The Court has determined that the motions are suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 6, 2005, is VACATED, and no party shall appear at that time.  As of June 6, 2005, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     June 1, 2005**                                                **/s/ Anthony W. Ishii**
h2ehf                                                                       UNITED STATES DISTRICT JUDGE