IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LEWIS JENAN, ) | CV F 04-6615  AWI LJO |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION TO WITHDRAW |
| ) | |
| v. ) | |
| ) | |
| DEBRA BERG; AND BERNARD A. ) TE VELDE, ) | (Document #26) |
| ) | |
| DefendantS. ) | |
| _____) | |

    Plaintiff Roger Lewis Jenan brought this action as a result of Defendants' foreclosure sale of real property that had been owned by Plaintiff.  On February 2, 2005, the court granted Defendants' motion to dismiss and dismissed this action because the court lacked jurisdiction.  The Clerk of the Court then closed this case.

    An administrative review of the docket in this action reveals that a motion has been administratively termed as an outstanding motion.  On May 27, 2005, Marjorie Lou Jenan filed a request to withdraw from this case.  Because this action has been closed, a motion to withdraw as a party is unnecessary because this action is now over.  In addition, it is unclear if Marjorie Lou Jenan was ever a Plaintiff to this action.  Regardless, the court's dismissal of this action renders any motion concerning the proper plaintiffs moot.

1 | Accordingly, the court ORDERS that Plaintiff's May 27, 2005 motion to withdraw from the case is DENIED as moot.

IT IS SO ORDERED.

Dated:     **March 28, 2006**                    /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE

2